

# NUMBER 13-13-00042-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**KATHLEEN MARIE COFFEN-DIAZ DELEON,**        **Appellant,**

**v.**

**MARTIN DIAZ DELEON JR.,**        **Appellee.**

---

### On appeal from the County Court at Law
### of Aransas County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on February 6, 2013, and the parties were ordered to mediation. This cause is now before the Court on appellant's amended unopposed motion to dismiss the appeal on grounds that the parties have successfully mediated this case. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
6th day of June, 2013.